No. D-1437. IN RE DISBARMENT OF JONES. Fred Everett Jones, of Memphis, Tenn., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 24, 1994 [*ante*, p. 1275], is hereby discharged.

No. D-1457. IN RE DISBARMENT OF GERLIN. It is ordered that William Lance Gerlin, of Coral Gables, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1458. IN RE DISBARMENT OF COLE. It is ordered that David Patten Cole, of Columbia, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1459. IN RE DISBARMENT OF DURUSAU. It is ordered that Patrick L. Durusau, of Conyers, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92-2038. ASGROW SEED CO. *v.* WINTERBOER ET AL., DBA DEEBEES. C. A. Fed. Cir. [Certiorari granted, 511 U. S. 1029.] Motion of respondents for additional time for oral argument denied.

No. 93-768. MILWAUKEE BREWERY WORKERS' PENSION PLAN *v.* JOS. SCHLITZ BREWING CO. ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1234.] Motion of Central States, Southeast and Southwest Areas Pension Fund for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 93-1121. PLAUT ET AL. *v.* SPENDTHRIFT FARM, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 511 U. S. 1141.] Motions of National Association of Securities and Commercial Law Attorneys, Pacific Mutual Life Insurance Co., and Michael B. Dashjian for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for divided argument granted.